# NO. 12-15-00133-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| | § | *APPEAL FROM THE 294TH* |
| *IN THE INTEREST OF J. D. H.,* | § | *JUDICIAL DISTRICT COURT* |
| *A CHILD* | § | *VAN ZANDT COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

Appellant has filed a motion to dismiss this appeal. The motion satisfies the requirements of Texas Rule of Appellate Procedure 42.1(a)(1). Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered June 24, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JUNE 24, 2015**

**NO. 12-15-00133-CV**

**IN THE INTEREST OF J. D. H., A CHILD**

---

Appeal from the 294th District Court

of Van Zandt County, Texas (Tr.Ct.No. 14-00053)

---

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*